[No. 43611-2-1.    Division One.    August 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICCO
ANTHONY GRAVES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-03994-1, Carlos Y. Velategui, J. Pro Tem.,
entered October 27, 1998. *Reversed* by unpublished per
curiam opinion. Now published at 97 Wn. App. 55.


[No. 17288-1-III.    Division Three.    August 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY BETH
MISKILL, *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 97-1-00167-1, Rebecca M. Baker, J.,
entered February 17, 1998. *Affirmed* by unpublished
opinion per Kurtz, A.C.J., concurred in by Brown and Kato,
JJ.


[No. 17326-7-III.    Division Three.    August 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J.
HARTZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-01229-6, Robert D. Austin, J.,
entered March 4, 1998. *Affirmed* by unpublished opinion
per Schultheis, C.J., concurred in by Sweeney and Brown,
JJ.


[No. 17771-8-III.    Division Three.    August 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
WILLIAM MCBREARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 98-1-50165-0, Philip M. Raekes, J., entered
July 28, 1998. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.